AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

WINSTON BRITTON

**WARRANT FOR ARREST**

Case Number: 98-CR-055-001-SLR

To: The United States Marshal
and any Authorized United States Officer

FILED
DEC 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

YOU ARE HEREBY COMMANDED to arrest **WINSTON BRITTON**
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   x **Probation Violation**   Supervised Release

charging him or her   (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE CONDITIONS**

in violation of _____ United States Code, _____

**PETER T. DALLEO**                                    *Clerk of Court*
Name of Issuing Officer                                 Title of Issuing Officer

by: *Francesca Tasone, Deputy Clerk*        6/3/04          Wilmington, Delaware
Signature of Issuing Officer                            Date and Location

Bail fixed at   NOT STATED   by _____
                                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named _____ |
| Winston Britton |

| DATE RECEIVED 6/3/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/29/06 | Toby M. Conrad | T M C |