IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,     : | |
| : | |
| Plaintiff,     : | |
| : | Crim. A. No. 98-00055-001-SLR |
| v.     : | |
| : | |
| WINSTON BRITTON,     : | |
| : | |
| Defendant.     : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of First Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Sophie E. Bryan.

    /s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov

Dated:   January 11, 2007