

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

January 17, 2007

Clerk, United District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

CR 98-55-SLR

Re:   Transfer to U.S. Magistrate Judge

Case No. 06-2039M

Case Title: USA vs. Winston Britton

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☐ Other _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _Celia Anglon Reed_
Deputy Clerk 213-894-3642

cc:   U.S. Attorney (Central District of California)
      U.S. Attorney (Receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court

_____        By _____
Date                              Deputy Clerk

CR-48 (01/01)                LETTER RE: RULE 40 - TRANSFER OUT

CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-02039-DUTY-ALL
### Internal Use Only

Case title: USA v. Britton                                  Date Filed: 11/29/2006

Assigned to: Duty Magistrate Judge

**Defendant**

**Winston Britton** (1)                    represented by **Nadine Hettle**
*TERMINATED: 01/09/2007*                   Federal Public Defenders Office
                                           321 E 2nd St
                                           Los Angeles, CA 90012-4206
                                           213-894-2854
                                           Email:
                                           zzCAC_FPD_Document_Receiving@fd.org

                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Public Defender or*
                                           *Community Defender Appointment*

**Pending Counts**                         **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                      **Disposition**

None

I hereby attest and certify on 1-19-09 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____ Deputy

**Highest Offense Level (Terminated)**

None

**Complaints**                             **Disposition**
18:3606: PROBATION VIOLATION

0109

**Plaintiff**

| | | |
|---|---|---|
| USA | | represented by **US Attorney's Office**<br>AUSA - Office of US Attorney<br>312 N Spring St, 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2006 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Winston Britton, originating in the USDC, District of Delaware. Defendant charged in violation of: 18:3606: Probation Violation. Signed by agent K. Domingo, USMS/DEO. (ca, ) (Entered: 12/11/2006) |
| 11/29/2006 | | ***Defendant Winston Britton ARRESTED (Rule 5(c)(3)). (ca ) (Entered: 12/11/2006) |
| 11/29/2006 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Winston Britton; defendants Year of Birth: 1959; date of arrest: 11/29/2006. (ca ) (Entered: 12/11/2006) |
| 11/29/2006 | 3 | Defendant Winston Britton arrested on warrant issued by the USDC District of Delaware at Wilmington. (ca ) (Entered: 12/11/2006) |
| 11/29/2006 | 4 | MINUTES OF RULE 5(c)(3) IDENTITY HEARING held before Magistrate Judge Fernando M. Olguin as to Defendant Winston Britton. Attorney: Nadine Hettle for Winston Britton, DFPD, appointed. Governments request for detention GRANTED. Defendant is ordered permanently detained without prejudice. Case continue to 12/6/06 at 10:00 a.m. for further Proceeding/Rule 20 before Judge Olguin. Tape #: 06-30. (ca ) (Entered: 12/11/2006) |
| 11/29/2006 | 5 | ORDER OF DETENTION by Magistrate Judge Fernando M. Olguin as to Defendant Winston Britton. (ca ) (Entered: 12/11/2006) |
| 11/29/2006 | 6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Winston Britton. (ca ) (Entered: 12/11/2006) |
| 11/29/2006 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Winston Britton. (ca ) (Entered: 12/11/2006) |
| 12/06/2006 | | DOCUMENT number: none, Minutes of Further Proceedings re: Possible Rule 20 deleted for the following reason: document number was not assigned by CM. (ew) (Entered: 12/11/2006) |
| 12/06/2006 | 8 | MINUTES OF FURTHER PROCEEDINGS RE: POSSIBLE RULE 20 HEARING held before Magistrate Judge Fernando M. Olguin. Rule 20 Hearing set for 1/9/2007 at 10:00 AM before Magistrate Judge Paul L. Abrams. Tape #: 06-31. (ca ) (Entered: 12/11/2006) |

| 01/09/2007 | 9 | MINUTES OF FURTHER PROCEEDINGS RE RULE 20 held before Magistrate Judge Paul L. Abrams as to Defendant Winston Britton. Case called. Counsel made their appearances. Defendant executes waiver of removal hearing and court orders defendant held to answer to District of Delaware. Warrant of Removal and final commitment to issue forthwith Tape #: 07-10(3704-4172). (sm, ) (Entered: 01/12/2007) |
|---|---|---|
| 01/09/2007 | | ***Magistrate Case Terminated (sm, ) (Entered: 01/12/2007) |
| 01/09/2007 | 10 | WARRANT OF REMOVAL AND FINAL COMMITMENT by Magistrate Judge Paul L. Abrams that Defendant Winston Britton be removed to the District of Delaware (sm, ) (Entered: 01/12/2007) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 06-2039 |
| v. | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| Winston Britton, | District of __Delaware__ |
| | At __Wilmington__ |
| DEFENDANT(S). | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Clerk from the District of Origin charging that beginning in March 2004, in the District of Origin, the defendant did violate his supervised release conditions in violation of Title 18, U.S.C., Section 3606.

The defendant has now:
☒ duly waived identity hearing before me on January 9, 2007
☒ duly waived preliminary examination before me on January 9, 2007
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☒ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

| January 9, 2007 | /s/   Paul L. Abrams |
|---|---|
| Date | United States Magistrate Judge |

I hereby attest and certify on 1/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0109

### RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
|---|---|

M-15 (08/99)   **FINAL COMMITMENT AND WARRANT OF REMOVAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

Case No.  MJ 06-2039                                                        Date  January 9, 2007

Title:   United States of America v. Winston Britton

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | 07-01 (3704-4172) |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:
Daniel Saunders, AUSA                                      Nadine Hettle, DFPD

PROCEEDINGS:        (FURTHER PROCEEDINGS RE: RULE 20)

Case called. Counsel made their appearances. Defendant executes waiver of removal hearing and is HELD TO ANSWER to the United District Court, District of Delaware. Court orders U.S. Marshal to return the defendant to the United States District Court, District of Delaware. Final Commitment and Warrant of Removal to issue forthwith.

cc:   Daniel Saunders, AUSA
      Nadine Hettle, DFPD
      PSA
      U.S. Marshal

I hereby attest and certify on 1/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0109

:  5

Initials of Deputy Clerk____ch___

CRIMINAL MINUTES - GENERAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | MJ 06-2039 | | Date | December 6, 2006 |
|---|---|---|---|---|

Present: The Honorable  Fernando M. Olguin, United States Magistrate Judge

Interpreter  None

| Vanessa Del Rio | 06-31 | Daniel Saunders |
|---|---|---|
| Deputy Clerk | Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WINSTON BRITTON | X | X | | Nadine Hettle | X | X | |

**Proceedings:**  **FURTHER PROCEEDINGS RE: POSSIBLE RULE 20**

Case called. Counsel make their appearances. Case continued to January 9, 2007 at 10:00 AM, for Further Proceedings before Magistrate Judge Paul L. Abrams in Courtroom G of the Spring Street Courthouse.



I hereby attest and certify on 1/17/0_
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0109



DOCKETED ON CM
DEC - 8 2006
BY ___ 015

Initials of Deputy Clerk  VR

cc:

CR-11 (09/98)  CRIMINAL MINUTES - GENERAL  Page 1 of 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 06-2039M |
| v. | |
| Winston Britton | **NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE** |
| DEFENDANT(S). | |

On  November 29, 2006  a document entitled  NFPV DOCUMENT  was filed in this Court.

I hereby attest and certify on 1/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0109

Because of the nature of said documents, or the exhibits attached thereto, the same has been withheld from the case file and has been placed in a restricted area. (The docket clerk will select the appropriate box)

☑ Not for Public View document (pursuant to Judicial Conference Policy)
☐ Sealed document
☐ Special Handling required document (non-sealed attachments)

If the document is needed for any purpose, it may be obtained by contacting the Exhibit Custodian.

Clerk, U. S. District Court

December 11, 2006                By Celia Reed
Date                              Deputy Clerk

G-24 (12/05)    NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE

(7)

```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANNE M. VOIGTS (SBN 220783)
 4  Assistant United States Attorney
    Complaints Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-1378
 7       Facsimile: (213) 894-0141
         email: Anne.M.Voigts@usdoj.gov
 8  Attorneys for Plaintiff
    United States of America
 9
                   UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12
    UNITED STATES OF AMERICA,  )  Case No. 06-2039m
13                             )
               Plaintiff,      )  GOVERNMENT'S NOTICE OF REQUEST FOR
14                             )  DETENTION
         v.                    )
15                             )
                               )
16  WINSTON BRITTON,           )
                               )
17             Defendant       )
    _____)
18
19       Plaintiff, United States of America, by and through its
20  counsel of record, hereby requests detention of defendant and
21  gives notice of the following material factors:
22       ____  1.  Temporary 10-day Detention Requested (§ 3142(d))
23            on the following grounds:
24            ____  a.  offense committed while defendant was on
25                      release pending (felony trial), (sentencing)
26                      (appeal) or on (probation) (parole);
27            ____  b.  alien not lawfully admitted for permanent
28                      residence;
              ____  c.  flight risk;
              ____  d.  danger to community.
```

```
 ___   2.  Pretrial Detention Requested (§ 3142(e)) because
           no condition or combination of conditions will
           reasonably assure against:
       ___ a.  danger to any other person or the community;
       ___ b.  flight.
  x    3.  Detention Requested Pending Supervised
           Release/Probation Revocation Hearing (Rules
           32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
        x  a.  Defendant cannot establish by clear and
               convincing evidence that he/she will not
               pose a danger to any other person or to
               the community;
        x  b.  Defendant cannot establish by clear and
               convincing evidence that he/she will not
               flee.
 ___   4.  Presumptions Applicable to Pretrial Detention (18
           U.S.C. § 3142(e)):
       ___ a.  Title 21 or Maritime Drug Law Enforcement Act
               ("MDLEA") (46 U.S.C. App. 1901 et seq.)
               offense with 10-year or greater maximum
               penalty (presumption of danger to community
               and flight risk);
       ___ b.  offense under 18 U.S.C. § 924(c) (firearm
               used/carried/possessed during/in relation
               to/in furtherance of crime), § 956(a), or §
               2332b (presumption of danger to community and
               flight risk);
       ___ c.  offense involving a minor victim under 18
               U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1),
```

|     |     |                                                                      |
| --- | --- | -------------------------------------------------------------------- |
| 1   |     | 2245, 2251, 2251A, 2252(a)(1)-(a)(3),                                |
| 2   |     | 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422,                           |
| 3   |     | 2423 or 2425 (presumption of danger to                               |
| 4   |     | community and flight risk);                                          |
| 5   | ___ d. | defendant currently charged with (I) crime of                     |
| 6   |     | violence, (II) offense with maximum sentence                         |
| 7   |     | of life imprisonment or death, (III) Title 21                        |
| 8   |     | or MDLEA offense with 10-year or greater                             |
| 9   |     | maximum sentence, or (IV) any felony if                              |
| 10  |     | defendant previously convicted of two or more                        |
| 11  |     | offenses described in I, II, or III, or two or                       |
| 12  |     | more state or local offenses that would                              |
| 13  |     | qualify under I, II, or III if federal                               |
| 14  |     | jurisdiction were present, or a combination of                       |
| 15  |     | such offenses, AND defendant was previously                          |
| 16  |     | convicted of a crime listed in I, II, or III                         |
| 17  |     | committed while on release pending trial, AND                        |
| 18  |     | the current offense was committed within five                        |
| 19  |     | years of conviction or release from prison on                        |
| 20  |     | the above-described previous conviction                              |
| 21  |     | (presumption of danger to community).                                |
| 22  | _X_  5. | Government Is Entitled to Detention Hearing                       |
| 23  |     | Under § 3142(f) If the Case Involves:                                |
| 24  | ___ a. | a crime of violence (as defined in 18 U.S.C.                      |
| 25  |     | § 3156(a)(4)) or Federal crime of terrorism                          |
| 26  |     | (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for                       |
| 27  |     | which maximum sentence is 10 years'                                  |
| 28  |     | imprisonment or more;                                                |
|     | ___ b. | an offense for which maximum sentence is life                     |

3

|     |     |                                                                                   |
| --- | --- | --------------------------------------------------------------------------------- |
| 1   |     | imprisonment or death;                                                            |
| 2   | ___ c. | Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |
| 4   | ___ d. | instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| 10  | ___ e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| 16  | _X_ f. | serious risk defendant will flee;                                                 |
| 17  | ___ g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| 21  | ___ 6. | Government requests continuance of ___ days for detention hearing under § 3142(f) and based upon the following reason(s): |

_____

_____

_____

4

```
 1        ___    7.   Good cause for continuance in excess of three
 2                    days exists in that:
 3                    _____
 4                    _____
 5                    _____
 6
 7   DATED: November 29, 2006        GEORGE S. CARDONA
                                     Acting United States Attorney
 8
                                     THOMAS P. O'BRIEN
 9                                   Assistant United States Attorney
                                     Chief, Criminal Division
10
11
                                     By /s/
12                                   ANNE M. VOIGTS
                                     Assistant United States Attorney
13
                                     Attorneys for Plaintiff
14                                   UNITED STATES OF AMERICA
```

5

"0" - SENA

I hereby attest and certify on 1/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy
0109

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-2039M |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| WINSTON BRITTON, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Delaware for alleged violation(s) of the terms and conditions of his probation; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his previous noncompliance with release conditions; (2) his lack of bail resources; (3) his background information is unverified; and (4) defendant submitted to detention request.

and/or

DOCKETED ON CM
DEC - 8 2006
BY _____ 015

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: ____Nov. 29____, 2006.

                                             _____
                                             Fernando M. Olguin
                                             United States Magistrate Judge

P SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF

I hereby attest and certify on 1/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy
Winston Britton 0109

V.

DEFENDANT.

☑ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL
CASE NUMBER: MT 06-2039
☐ COMPLAINT   ☑ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT  ☐ INFORMATION
☐ SUMMONS     ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 11-29-06
VIOLATION: 18, 3606
DATE: 11-29-06    TIME: 2:00 pm
TAPE NUMBER: 06-30

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Olguin

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Vanessa Del Rio / Anne Voigts / N/A
  Deputy Clerk / Assistant U.S. Attorney / Interpreter / Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Nadine Hettle   ☐ Retd.  ☑ Apptd.  ☐ Prev. Apptd.  ☑ DFPD  ☐ Panel  ☐ Poss. Contribution
  Ordered (see separate order)   ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained w/o prej ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) Dec. 4, 2006 (Time) 10:00 ☑ AM / ☐ PM
  Type of Hearing: Further Proc./Rule 20  Before Judge Olguin  /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☑ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  RELEASE ORDER NO: _____
☐ Other: _____

DOCKETED ON CM
DEC - 8 2006
BY ___ 015

☑ PSA   ☑ FINANCIAL   ☑ READY
cc: AUSA, Defendant's counsel
☑ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO

Deputy Clerk Initials VDR
00:10

ORIGINAL - WHITE COPY   PINK - PIA CLERK   YELLOW - STATS   GREEN - CRD

M-5 (11/04)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-831/59180

302 573 6559 TO 912138947998 P.02

AO 442 (Rev. 5/93) Warrant for Arrest

FILED

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

v.

WINSTON BRITTON

**WARRANT FOR ARREST**

Case Number: 98-CR-055-001-SLR

To: The United States Marshal
and any Authorized United States Officer

**06-2039M**

YOU ARE HEREBY COMMANDED to arrest __WINSTON BRITTON__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice   Supervised Release
                                                                                  x  Probation Violation

charging him or her   (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE CONDITIONS**

in violation of _____ United States Code, _____

**PETER T. DALLEO**                     Clerk of Court
Name of Issuing Officer                 Title of Issuing Officer

by: Francesca Tasone, Deputy Clerk      6/3/04 — Wilmington, Delaware
Signature of Issuing Officer            Date and Location

DOCKETED ON CM
DEC - 8 2006
BY _____ 015

Bail fixed at  NOT STATED   by _____
                                        Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

** TOTAL PAGE.02 **

PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **06-2039M** |
| Plaintiff, | ) | |
| Vs. | ) | Criminal Action No. 1:98CR00055-001 (SLR) |
| Winston Britton, | ) | |
| Defendant | ) | |

### Petition on Probation and Supervised Release

COMES NOW Ellen J. Krause PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Winston Britton, who was placed on supervised release supervision by the Honorable Sue L. Robinson sitting in the court at Wilmington, Delaware, on the 9th day of September 1998, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: participation in testing and treatment for drug abuse, and allow the term of supervised release to run inactively, if deported from the United States.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Standard Condition No. 2:** "You shall report to the probation officer and submit a truthful and complete written report within the first five days of each month."
**Evidence:** Mr. Britton did not report for an appointment with his probation officer, scheduled for April 24, 2004, and an appointment scheduled for May 3, 2004.
**Standard Condition No. 5:** "You shall work regularly at a lawful occupation."
**Evidence:** Mr. Britton left his job at Home Depot, in March 2004. He did not report this to his probation officer.
**Standard Condition No. 6:** "You shall notify the probation officer at least ten days prior to any change of residence."
**Evidence:** Mr. Britton left his residence sometime in early April 2004, according to relatives. Efforts to contact him have been unsuccessful and his whereabouts is unknown. The last contact between the probation officer and Winston Britton was by telephone, on March 10, 2004.

PRAYING THAT THE COURT WILL ORDER...that a warrant be issued for the arrest of Winston Britton so he may be brought before the Court for a hearing on the alleged violations of his supervised release conditions.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this ___ day of June 2004. | _Ellen J. Krause_ U.S. Probation Officer |
| _[signature]_ Chief U.S. District Court Judge | Place   Wilmington, Delaware |
| | Date    June 1, 2004 |

CERTIFIED: 6/3/04
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _Francesca Lasan_
Deputy Clerk

** TOTAL PAGE.03 **

FILED

2006 NOV 29 AM 11: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 06-2039M |
| WINSTON BRITTON | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _____
in the _____ District of __DELAWARE__ on __6-3-04__
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __4-24-04__
in violation of Title __18__ U.S.C., Section(s) __3606__
to wit: __PROBATION VIOL__

A warrant for defendant's arrest was issued by: _____

Bond of $ __NONE__ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I hereby attest and certify on 1/17/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

by _____ Deputy

0109

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __NOV 29 2006__, by

__ROSALIND TYUS-SIMON__, Deputy Clerk.

_____           __R. Domingo__
Signature of Agent        Print Name of Agent

__USMS__                  __DEO__
Agency                    Title

DOCKETED ON CM
DEC - 8 2006
BY _____ 015

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED

2006 NOV 29 AM 11:31

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. WINSTON BRITTON DEFENDANT(S) | 1:98CR55 06-2039M REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A"

1. Date and time of arrest 11/29/06 2:00 ☐ AM ☑ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC): 18/3606 - PROBATION VIOL
3. Offense charged is a: ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☑ Yes  ☐ No  ☐ Unknown
5. Year of Birth: 1959
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )
10. Name of Pretrial Services Officer: Duty Ofcr
11. Remarks (if any): _____

12. Date: 11/29/06
13. Signature: [signature]
14. Name: R. DOMINGO
15. Title: DEO

I hereby attest and certify on 1/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

DOCKETED ON CM
DEC - 8 2006
BY _____ 015

CR-64 (07/05)  REPORT COMMENCING CRIMINAL ACTION