IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 98-055-SLR |
| | ) |
| WINSTON BRITTON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this ____ day of March, 2007,

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Tuesday, March 20, 2007** at **11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge