AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| WINSTON BRITTON | |

Case Number: 1:98-CR-055-001-SLR

USM Number:

Eleni Kousoulis, Esquire
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Standard Conditions #2, 5, and 6   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | You shall report to the probation officer and submit a truthful and complete written repot within the first five days of each month. | 05/03/2004 |
| Standard Condition #5 | You shall work regularly at a lawful occupation. | 03/2004 |
| Standard Condition #6 | You shall notify the probation officer at least ten days prior to any change of residence. | 03/10/2004 |
|  |  |  |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: -9443

Defendant's Date of Birth: 1959

Defendant's Residence Address:

Los Angeles, CA

Defendant's Mailing Address:

same as above

3/20/2007
Date of Imposition of Judgment

_Sue L. Robinson_
Signature of Judge

The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware
Name and Title of Judge

3/22/07
Date

AO 245D  (Rev 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

Judgment Page 2 of 2

**DEFENDANT:** WINSTON BRITTON
**CASE NUMBER:** 1:98-CR-055-001-SLR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

time served and the current term of supervised release is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL